**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edgar Segura OCORO, a.k.a. Eddie,**
**a.k.a. El Calvo, a.k.a. Cisco,**
**Defendant–Appellant.**

**No. 10–13876**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 17, 2011.

Steven E. Butler, Assistant U.S. Attorney, Deborah A. Griffin Daryl Alsabrook Atchison, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Barry Johnson Parker, Attorney at Law, Fairhope, AL, for Defendant–Appellant.

Before EDMONDSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Barry Parker, appointed counsel for Edgar Segura Ocoro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ocoro's convictions and sentences are **AFFIRMED.**